[No. 22851-7-III. Division Three. March 17, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JANETTA L. CURFEW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03204-3, Neal Q. Rielly and Kathleen M. O'Connor, JJ., entered March 27, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 52128-4-I. Division One. March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. MERMIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07644-1, Steven G. Scott, J., entered September 3, 1999. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Coleman and Grosse, JJ.

[No. 53014-3-I. Division One. March 21, 2005.]

ALPHA IMPERIAL BUILDING, L.L.C., *Appellant*, v. SCHNITZER FAMILY INVESMENT, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-18825-5, Linda Lau, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 53301-1-I. Division One. March 21, 2005.]

THE STATE OF WASHINGTON, *Respondent*. v. MICHAEL W. SCHWABLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07727-1, Cheryl B. Carey, J., entered October 20, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, C.J., and Appelwick, J.